# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

May 25, 2021

**MEMO ENDORSED**

**VIA CM/ECF**
Honorable Judge Sidney H. Stein
United States District Court
500 Pearl Street - Courtroom 23A
New York, NY 10007

        Re:     **Velasquez v. Four Star 1/2 Inc., et al.**
                 **Case 1:21-cv-02513-SHS**

Dear Judge Stein:

The undersigned represents the Plaintiff in the above-captioned case matter.

Per Order [D.E. 15], the Initial Pretrial Conference in this matter is currently scheduled for June 3, 2021, at 9:30 a.m. in your Honor's Courtroom. However, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 11, D.E. 12, D.E. 13, and D.E. 14].

As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date convenient to this Honorable Court.

This Court may wish to take notice that this is the first request for adjournment, filed by the undersigned with regard to the Initial Pretrial Conference. Thank you.

Yours very truly,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

**The conference is adjourned to July 9, 2021, at 10:00 a.m.**

**Dated: New York, New York
May 25, 2021**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.