UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICARDO VELASQUEZ, : 21-Cv-2513 (SHS)

          Plaintiff, : <u>ORDER</u>

  -v-

FOUR STAR ½ INC., a New York corporation,
d/b/a Justinos Pizzeria, HAI SING INC., a New :
York corporation d/b/a New Golden Chopsticks,
FULTON EMPANADAS, INC., a New York :
corporation d/b/a Rubens Empanadas, and
HVW ASSOCIATES LLC, a New York limited :
liability company,

          Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for plaintiff and defendant HVW Associates LLC participating,

    IT IS HEREBY ORDERED that:

    1.    The next pretrial conference is scheduled for November 10, 2021, at 10:00 a.m.; and

    2.    This matter will be referred to the Court annexed mediation program.

Dated: New York, New York
       July 9, 2021

                                 SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.